413 A.2d 1114

Bruce v. Turner, Appellants.

Argued March 12, 1979. John J. Krafsig, for appellants; Howard B. Krug and with him Leon P. Haller, for appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

*PER CURIAM OPINION*: At lower court No. 75–1074, judgment is affirmed. At lower court No. 75–1214, case is remanded for trial.

413 A.2d 1114

Fink et al. v. Noll, Executor.

Appeal of Keller.

Argued March 12, 1979. Allen H. Smith, for appellant. Gibson Smith, Jr., for appellees Fink; John T. Miller, for Estate of Kenneth Fink, Sr.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Order affirmed.